UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDWARD LYNN COGSWELL,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Receipt of Child Pornography)

On or about January 12, 2026, in Hillsdale County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

EDWARD LYNN COGSWELL,

knowingly received child pornography using any means or facility of interstate and foreign commerce. Specifically, the defendant received one or more images of child pornography over a cellular communications network using the smartphone application Telegram. Those images include, but are not limited to, the file with the following file name: 1_5129842825910814336.mp4

18 U.S.C. § 2252A(a)(2)(A) and (b)(l)
18 U.S.C. § 2256(8)(C)

**COUNT 2**
(Receipt of Child Pornography)

On or about January 24, 2026, in Hillsdale County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

EDWARD LYNN COGSWELL,

knowingly received child pornography using any means or facility of interstate and foreign commerce. Specifically, the defendant received one or more images of child pornography over a cellular communications network using the smartphone application Telegram. Those images include, but are not limited to, the file with the following file name: Doggystyle From Below POV ext 01240922.mp4

18 U.S.C. § 2252A(a)(2)(A) and (b)(l)
18 U.S.C. § 2256(8)(C)

**COUNT 3**

(Receipt of Child Pornography)

On or about January 9, 2026, in Hillsdale County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

EDWARD LYNN COGSWELL,

knowingly received child pornography using any means or facility of interstate and foreign commerce. Specifically, the defendant received one or more images of child pornography over a cellular communications network using the smartphone application Telegram. Those images include, but are not limited to, the file with the following file name: 1_5116412695104456421.mp4

18 U.S.C. § 2252A(a)(2)(A) and (b)(l)
18 U.S.C. § 2256(8)(C)

**COUNT 4**

(Possession and Access with Intent to View Child Pornography)

Between on or about October 3, 2025 and February 24, 2026, in Hillsdale County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

EDWARD LYNN COGSWELL,

knowingly possessed and accessed with intent to view, child pornography using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer. Specifically, the defendant accessed a cellular phone manufactured outside the State of Michigan with intent to view one or more images of child pornography that involved prepubescent minors. Those images include, but are not limited to, the files with the following file names:

- 1_5145667452524299218.mp4
- 4_5794193776194706O7.MOV
- 39.mp4

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)(A)

## PRIOR FELONY CONVICTION

The Grand Jury finds that at the time of the illegal acts alleged in this Indictment, EDWARD LYNN COGSWELL had a prior conviction under the laws of any state relating to the possession of child pornography. Specifically, on or about August 24, 2009, in Hillsdale County, Michigan, EDWARD LYNN COGSWELL pleaded guilty to possession of child sexually abusive material in violation of Mich. Comp. Laws Section 750.145C(4)(a).

18 U.S.C. § 2252A(b)(1), (b)(2)

## FORFEITURE ALLEGATION
**(Receipt of Child Pornography)**

The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, as charged in Counts 1 through 4,

EDWARD LYNN COGSWELL

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to, a Samsung Galaxy S25 Ultra and a Samsung SM-X808U.

18 U.S.C. § 2253
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

JULIA M. RUGG
Assistant United States Attorney